# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America v. **Daniel Garcia** DOB: 2001; United States **Erik Ezekiel Villegas** DOB: 1995; United States | DOCKET NO. **19-03389MJ** MAGISTRATE'S CASE NO. |

Complaint for violation of Title 8 United States Code § 1324(a)(1)(A) (ii), 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about September 1, 2019, at or near Sasabe, in the District of Arizona, **Daniel Garcia** and **Erik Ezekiel Villegas**, named herein as defendants and conspirators, did knowingly and intentionally combine, conspire, confederate, and agree with each other and other persons, known and unknown, to transport certain illegal aliens, namely Sara Raymundo-Alvarez, Miguel Angel Carrada-Riano, and Hernan Apolonio Vazquez-Cruz, and did so for the purpose of private financial gain; in violation of **Title 8, United States Code, Sections 1324(a)(1)(A); 1324(a)(1)(A)(v)(I) and 1324(a)(1)(B)(i).**

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about September 1, 2019, at approximately 4:30 p.m., at or near Sasabe, in the District of Arizona, United States Border Patrol Agents (BPA) observed gold Toyota Avalon traveling southbound on SR-286 towards the Port of Entry. BPA encountered the same vehicle the day before in Sasabe with negative results. Record checks revealed that the vehicle was registered to **Daniel Garcia** with an address in Tucson with no crossing through the Port of Entry. At approximately 4:40 p.m., BPA then observed the vehicle parked on the side of the road at a wash and three individuals wearing camouflage clothing walked to the same wash where the Toyota Avalon was parked. The Toyota Avalon continued northbound on SR-286 and was significantly lower in the rear than it was when it drove southbound. BPA conducted a vehicle stop identified the driver as **Garcia**, an adult male passenger as **Erik Ezekiel Villegas**, and a juvenile female passenger as **TAR**. All three United States Citizens. The driver declined consent to search the trunk. BPA requested a service canine but the closest service canine was approximately one hour away. BPA noticed the movement coming from the trunk and the temperature was approximately 96 degrees and 70 degrees humidity. Due to the heat, humidity, the lack of airflow in the trunk, and possible illegal aliens inside the trunk, BPA unlocked the trunk without the driver's consent. BPA found three subjects hiding in the trunk and determined that they were in the United States illegally.

Material witnesses Sara Raymundo-Alvarez, Miguel Angel Carrada-Riano, and Hernan Apolonio Vazquez-Cruz stated that they had made arrangements to be smuggled into the United States for money. Carrada stated that he crossed the International Boundary Fence with two other subjects. Carrada stated that after they arrived at the pickup location, they were picked up by a brown vehicle. Carrada stated that a passenger inside the vehicle signaled them to get in the trunk. Raymundo stated that one of the passengers closed the trunk. Carrada stated they only traveled for about 15 minutes before they encountered BPA. Vazquez claimed they saw a vehicle stuck in a wash and they helped the people inside the vehicle push the vehicle out of the wash and they gave them a ride.

In a post-*Miranda* statement, **TAR** stated that she was offered a job to transport three people from Sasabe to Tucson. **TAR** stated that she was to be paid $1,000 USD per individual transported and that the money was going to get split between her, **Villegas**, and **Garcia**. **TAR** stated that the subjects they picked up were wearing camouflage clothing to avoid detection from police or BPA. **TAR** admitted to opening the trunk so that the immigrants could get in, but claimed that **Villegas** gave them the instructions in Spanish so they could get inside the trunk.

**Continued on the back.**

MATERIAL WITNESSES IN RELATION TO THE CHARGE: Sara Raymundo-Alvarez, Miguel Angel Carrada-Riano, and Hernan Apolonio Vazquez-Cruz

| Detention Requested Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. AUTHORIZED BY: AUSA JW/ri | SIGNATURE OF COMPLAINANT |
|---|---|
| | OFFICIAL TITLE Border Patrol Agent |
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Leslie A. Bowman* | DATE September 3, 2019 |

1) See Federal rules of Criminal Procedure Rules 3 and 54

**Continued from front.**

- In a post-*Miranda* statement, **Villegas** stated admitted that although he was not the driver of the vehicle, he was the point of contact and in charge during the whole ordeal. **Villegas** stated that he accepted a job to pick up three people who needed a ride. **Villegas** stated that he was offered pay for the job but also claimed that he felt threaten if he refused to do it. **Villegas** stated that he asked his cousin, **Garcia**, and their friend, **TAR**, to accompany him. **Villegas** stated that he planned on paying **Garcia** and **TAR** a part of his earnings.